UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, Legal Services, Industry Advancement and Political Action Funds and the Laborers' International Union of North America Local No. 60,<br><br>                         Plaintiffs,<br><br>-against-<br><br>MCNAMEE CONSTRUCTION CORP.,<br><br>                         Defendant. | Index No. 08-CIV-5148 (KMK)<br><br>**REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |

TO:    Clerk of the United States District Court for the
          Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, MCNAMEE CONSTRUCTION CORP., having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, and Legal Services, Industry Advancement and Political Action Funds; (hereinafter referred to as the "FUNDS"); and the Laborers' International Union of North America Local No. 60 (hereinafter referred to as the "Union"),and against the Defendant, MCNAMEE CONSTRUCTION CORP., in the sum of $65,271.95 which includes unpaid principal, liquidated damages, interest, court costs and attorney's fees.

Dated:  Elmsford, New York
          August 25, 2008

                                            Giacchino J. Russo, Esq. (GR8313)
                                            BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC
                                            258 Saw Mill River Road
                                            Elmsford, New York 10523
                                            (914) 592-1515